PACKARD MOTOR CAR COMPANY OF NEW YORK, Respondent, v. AMERICAN BALSA WOOD CORPORATION, Appellant.— Order, in so far as it grants plaintiff's motion for judgment on the pleadings, reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ., concur. Order, in so far as it denies defendant's motion for judgment on the pleadings, reversed upon the law and the facts, without costs, and motion granted, without costs. Defendant assumed no duty to repair or to remove debris in case of fire. The obligation to repair and to do any work incidental thereto was assumed by the landlord. (*Fleischman* v. *Toplitz*, 134 N. Y. 349.) Seeger, Carswell and Scudder, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent.

THADDEUS PARASCANDOLA, Respondent, v. HOWARD D. HAMMOND, Individually and as the Sole Surviving Partner of the Firm of B. J. SFORZA & COMPANY, Appellant, and JULIUS LEHRENKRAUSS and HOWARD D. HAMMOND, as Executors, etc., of BENJAMIN J. SFORZA, Deceased, Defendants.— Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOSEPH ANTHONY LORENZO, Respondent.— Order of the County Court of Orange county dismissing indictment reversed upon the law, motion denied, and indictment reinstated. Section 290, subdivision 7, of the Highway Law* does not repeal section 1620 of the Penal Law.† (See Penal Law, § 2500.) Defendant may be prosecuted under either statute. The Legislature evidently intended that prosecutions for the offense alleged should be had under subdivision 7 (*supra*) but its failure to expressly limit prosecutions for the offense specified in subdivision 7 to that statute permits of an indictment under section 1620 (*supra*). Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,v. JACOB WARSHOFSKY, etc., Appellant.— Judgment of conviction of the County Court of Kings county modified by striking therefrom the words " and Five (5) years additional pursuant to Section 1944 of the Penal Law,"‡ and as so modified unanimously affirmed. (*People* v. *Kaufman*, 224 App. Div. 653; *People* v. *Paradiso*, 248 N. Y. 123.) *Appeal from order dismissed as unnecessary.* Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WESTERLUND, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

---

* Added as subd. 8 by Laws of 1910, chap. 374, renum. by Laws of 1917, chap. 769, as amd. by Laws of 1919, chap. 472, and Laws of 1921, chap. 580; since rep. by Laws of 1929, chap. 54, §§ 95, 97. 99, 105, known as Vehicle and Traffic Law, effective March 6, 1929. See Vehicle and Traffic Law, § 70, subd. 8.— ʳREP.

† Amd. by Laws of 1927, chap. 680.— [REP.

‡ Added by Laws of 1926, chap. 705, as amd. by Laws of 1927, chap. 342. — [REP.